# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA 95814
### (916) 498-5700 Fax: (916) 498-5710

Quin Denvir
Federal Defender

Daniel J. Broderick
Chief Assistant Defender

June 15, 2005



**FILED**

JUN 15 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

Mr. Michael B. Bigelow
Attorney at Law
428 J Street, #350
Sacramento, CA 95814

Re: **U.S. v. Randall Wilkin Chartier**
Cr.S-02-469-EJG

Dear Mr. Bigelow:

This will confirm your appointment as counsel by the Honorable Edward J. Garcia, U.S. District Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc: Clerk's Office
Ninth Circuit Court of Appeals

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 09C | Chartier, Randall Wilkin | | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Cr.S-02-469-EJG | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| U.S. v. Chartier | Appeal | Appeallant | CA |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)
Criminal Appeal

**12. ATTORNEY'S NAME AND MAILING ADDRESS**

Michael B BIgelow, Esq.
428 J Street, #350
Sacramento, CA 95814
(916) 443-0217

**13. COURT ORDER**
- O Appointing Counsel
- F Subs For Federal Defender
- P Subs For Panel Attorney
- C Co-Counsel
- R Subs For Retained Attorney
- Y Standby Counsel

Date of Order: 2/5/05
Nunc Pro Tunc Date

**14. NAME AND MAILING ADDRESS OF LAW FIRM**

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15. In Court** | | | | | |
| a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 90) TOTALS: | | | | | |
| **16. Out of Court** | | | | | |
| a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 90) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE** FROM _____ TO _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS** ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO   If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|

# LAW OFFICES OF
# MICHAEL B. BIGELOW

428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
FAX: (916) 447-2988
e-mail: bigelo19@msn.com

June 10, 2005

Cynthia Compton
801 I Street, Third Floor
Sacramento, CA 95814

      Re:    United States v Chartier
             No. CrS 02-469 EJG

Dear Ms. Compton:

Please find enclosed a copy of the Notice of Appeal filed February 5, 2005 (see Docket entry #202) from the sentence imposed on February 4, 2005 in the above referenced matter. For reasons which defy explanation, I neglected to provide you with a copy of the notice at the time of filing. I regret any inconvenience my oversight may have caused.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Michael B. Bigelow

1  MICHAEL B. BIGELOW.
   Attorney at Law
2  State Bar No. 65211
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: 916/443-0217
4  FAX: 916/447-2988
   Attorney for Randall Wilkin Charier
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )    No. Cr.S 02-469 EJG
                                     )
12                                   )
           Plaintiff                 )    NOTICE OF APPEAL
13                                   )    FROM FINAL JUDGMENT
                                     )    AND SENTENCE
        v.                           )
14                                   )
   RANDALL WILKIN CHARTIER           )
15                                   )
           Defendant                 )
16                                   )

17
        Defendant Randall Chartier hereby appeals to the Ninth
18
   Circuit Court of Appeals from the final sentencE and judgment of
19
   the district court entered against him in the above referenced
20
   matter on February 4, 2005 in the United States District Court,
21
   Eastern District of California (Sacramento) the Honorable
22
23  / / /

24  / / /

25  / / /

                                   1

1 | Edward J. Garcia, presiding.
2 | DATED: February 5, 2005        Respectfully submitted,
3 |
4 |
5 |                                _____
                                   Michael B. Bigelow
                                   Attorney for Defendant/Appellant
6 |                                Randall Wilkin charier
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |